**Opinion issued November 20, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00756-CV

————————————

## EMMA RUANO, Appellant

## V.

## JEREMIAH AKPE AND ARIT AKPE, Appellees

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1097369**

---

## MEMORANDUM OPINION

Appellant Emma Ruano has neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being

notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.